## MOTION DOCKET

**98–1464.   State v. Kelly.**
Medina App. No. 2670–M.   On motion for appointment of counsel.   Motion denied.
RESNICK and LUNDBERG STRATTON, JJ., dissent.

**98–1474.   State v. Coley.**
Lucas C.P. No. CR971449.
This cause is pending before the court as an appeal from the Court of Common Pleas of Lucas County.   Upon consideration of appellant's motion for stay of execution,
IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

**98–1478.   State ex rel. Grove v. Nadel.**
Hamilton App. No. C–970324.   On motion to supplement record.   Motion denied.

**98–1513.   State v. Pack.**
Pike App. No. 93CA525.   On motion for leave to file delayed appeal.   Motion denied.

**98–1672.   Bowersock v. Bowersock.**
Allen App. No. 1–98–10.   On motion for stay of common pleas court proceedings.   Motion denied.